Mitchell F. Boomer (State Bar No. 121441)
Alison H. Hong (State Bar No. 272968)
JACKSON LEWIS LLP
50 California Street, 9th Floor
San Francisco, California  94111-4615
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
E-mail:  boomerm@jacksonlewis.com
E-mail:  alison.hong@jacksonlewis.com

Attorneys for Defendant
INSITE WIRELESS GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY DIESCH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>INSITE WIRELESS GROUP, LLC, a business entity; and DOES 1 through 50, inclusive ,<br><br>Defendants. | Case No. C 13-04740 EDL<br><br>[PROPOSED] ORDER FOR STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41]<br><br>Complaint Filed:  05/31/13<br><br>Trial Date:  None Set |

**[PROPOSED] ORDER**

Based on the Stipulation submitted by the parties, it is hereby ordered that the above-captioned matter is dismissed with prejudice in its entirety.

11/20/13

_____
HON. ELIZABETH D. LAPORTE

4845-0358-0694, v.  2

---

1      Case No.: C 13-04740 EDL
[PROPOSED] ORDER FOR STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41]